# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHESTER L. BLUM,** : | CIVIL ACTION NO. 1:10-CV-0736 |
| Petitioner : | (Judge Conner) |
| v. : | |
| **RONNIE R. HOLT**, : | |
| Respondent : | |

## ORDER

AND NOW, this 3rd day of November, 2010, upon consideration of the application to proceed *in forma pauperis* (Doc. 11) and of the application to proceed without prepayment of fees (Doc. 17), both of which were filed by petitioner Chester L. Blum ("Blum"), and it appearing that Blum has already tendered the filing fee to the Clerk of Court, (see Doc. 6), as he was ordered to do, (see Doc. 5), it is hereby ORDERED that both applications (Docs. 11, 17) are DENIED as MOOT.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge